**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OTIS ELEVATOR COMPANY,

        Plaintiff,

v.                                  Case No. 09-CV-13951

UNITED STATES STEEL CORPORATION,

        Defendant.

_____/

**ORDER SETTING SETTLEMENT CONFERENCE FOR NOVEMBER 25, 2009, AND
SUSPENDING FORMAL DISCOVERY**

A scheduling conference was held on November 4, 2009.  Even though the

notice of scheduling conference stated that "ALL PARTIES ARE DIRECTED TO

ATTEND SCHEDULING CONFERENCE" and that "ALL TRIAL COUNSEL MUST

ATTEND," none of the attorneys of record appeared nor did either party.  Instead, A.

Poppy Goudsmit appeared on behalf of Defendant United States Steel Corporation and

Lisa Walinske appeared on behalf of Plaintiff Otis Elevator Company.  Both Ms.

Goudsmit and Ms. Walinske subsequently entered notices of appearance.

At the scheduling conference, both parties indicated that they were amicable to

settlement of the matter, and a settlement conference was scheduled for **November 25,**

**2009, at 9:00 a.m.**  Of course, in the event that the parties have earlier come to

agreement, the court should be immediately informed, and the conference will be

cancelled.

The court reiterates that it is imperative that both trial counsel (being Ms.

Goudsmit and Ms. Walinske, who, having attended the initial conference, are now

principally responsible for any trial of this case) and a party representative with full

decision-making authority personally attend.  *See* E.D. Mich. LR 16.1(c) ("[A]t all

conferences designated as settlement conferences, all parties shall be present."); E.D.

Mich. LR 16.1(d) ("If counsel for a party or a party without counsel fails to appear at a

pretrial conference, the Judge may impose sanctions as appear proper, including costs

and dismissal of the action or entry of default judgment.").  Pending this conference, the

court will suspend formal discovery.  However, the court encourages the parties to

exchange information on a voluntary, informal basis in order to facilitate their

discussions.  Accordingly,

IT IS ORDERED that a settlement conference is scheduled for **November 25,**

**2009, at 9:00 a.m.**  Party representatives with decision-making authority as well as trial

counsel must attend.  Failure to attend may result in sanctions, including costs,

dismissal, or entry of default judgment.

IT IS FURTHER ORDERED that formal discovery is suspended pending the

November 25, 2009 settlement conference.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, November 9, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522